B5 (Official Form 5) (12/07)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| **Northern** District of **Texas** | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Vitro America, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>Vitro America, Inc.<br>VVP America, Inc. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):54-0141190 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>965 Ridge Lake Blvd., Suite 300<br>Memphis, TN 38120<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☐ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☒ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)**

| Name of Debtor<br>See Attached Annex A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or<br>agent appointed or authorized to take charge of less than substantially all of the property of the<br>debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  _Vitro America, LLC_____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☒  Check this box if there has been a transfer of any claim against the debtor or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x ___Q. D. Ch_____

Signature of Petitioner or Representative (State Title)

Knighthead Master Fund, L.P.          11/17/10
Name of Petitioner          Date Signed

Name & Mailing          Knighthead Master Fund, L.P. c/o
Address of Individual    Knighthead Capital Management, LLC
                         623 Fifth Avenue, 29th Floor
                         New York, NY 10022
Signing in Representative   Knighthead Capital Management, L.L.C.,
Capacity                    Investment Manager
                            Ara Cohen, Managing Member

x _/s/ Jeff Prostok_____  __11/17/10__
Signature of Attorney          Date

Jeff Prostok_____
Name of Attorney Firm (If any)
Jeff Prostok                John K. Cunningham
Forshey Prostok LLP         White & Case LLP
777 Main Street, Suite 1290  200 S. Biscayne Blvd., Suite 4900
Fort Worth, TX 76102        Miami, FL 33131

Address _____

Telephone No.  (817) 877-8855

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address _____

Telephone No. _____

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address _____

Telephone No. _____

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Knighthead Master Fund, L.P. c/o Knighthead Capital Management, LLC 623 Fifth Avenue, 29th Floor New York, NY 10022 | Beneficial Interests in 9-1/8% Senior Notes and 8-5/8% Senior Notes | $42,047,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_x_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2      Name of Debtor    *Vitro America, LLC*

Case No.

| TRANSFER OF CLAIM |
|---|
| ☒   Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x /s/ Jeff Prostok _____ Date 11/17/10 |
| x _____ | Signature of Attorney    Date |
| Signature of Petitioner or Representative (State Title) | Jeff Prostok |
| Brookville Horizons Fund, L.P.     11/17/10 | Name of Attorney Firm (If any) |
| Name of Petitioner     Date Signed | Jeff Prostok     John K. Cunningham |
| Name & Mailing    Brookville Horizons Fund, L.P. | Forshey Prostok LLP     White & Case LLP |
| Address of Individual    2 Greenwich Plaza | 777 Main Street, Suite 1290    200 S. Biscayne Blvd., Suite 4900 |
|     Greenwich, CT 06830 | Fort Worth, TX 76102     Miami, FL 33131 |
| Signing in Representative   Brookville Horizons Fund GP, LLC | Address |
| Capacity     T.A. McKinney, Authorized Signatory | |
| | Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
| x _____ | Signature of Attorney    Date |
| Signature of Petitioner or Representative (State Title) | |
| | Name of Attorney Firm (If any) |
| Name of Petitioner.     Date Signed | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and | x _____ |
| x _____ | Signature of Attorney    Date |
| Signature of Petitioner or Representative (State Title) | |
| | Name of Attorney Firm (If any) |
| Name of Petitioner     Date Signed | Address |
| Name & Mailing | |
| Address of Individual | Telephone No. |
| Signing in Representative | |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Brookville Horizons Fund, L.P.<br>2 Greenwich Plaza<br>Greenwich, CT 06830 | Nature of Claim<br>Beneficial interests in 9-1/8% Senior Notes | Amount of Claim<br>$2,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____X_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Vitro America, LLC

Case No.

| TRANSFER OF CLAIM | |
|---|---|
| ☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Davidson Kempner Distressed Opportunities Fund LP   11/17/10<br>Name of Petitioner                        Date Signed<br>Name & Mailing        Davidson Kempner Distressed<br>                              Opportunities Fund LP<br>Address of Individual   65 East 55th Street, 19th Floor<br>                              New York, NY 10022<br>Signing in Representative   Anthony A. Yoseloff<br>Capacity                 Managing Member | x /s/ Jeff Prostok   11/17/10<br>Signature of Attorney   Date<br><br>Jeff Prostok<br>Name of Attorney Firm (if any)<br>Jeff Prostok                         John K. Cunningham<br>Forshey Prostok LLP               White & Case LLP<br>777 Main Street, Suite 1290      200 S. Biscayne Blvd., Suite 4900<br>Fort Worth, TX  76102           Miami, FL  33131<br><br>Address<br><br>Telephone No. (817) 877-8855 |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner                        Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney   Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and<br><br>x _____<br>Signature of Petitioner or Representative (State Title)<br><br>Name of Petitioner                        Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | x _____<br>Signature of Attorney   Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Davidson Kempner Distressed Opportunities Fund LP<br>65 East 55th Street, 19th Floor<br>New York, NY 10022 | Beneficial interests in 9-1/8% Senior Notes, 11-¾% Senior Notes and 8-5/8% Senior Notes | $11,637,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of<br>Petitioners' Claims |

___x___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor <u>Vitro America, LLC</u>
Case No.

| **TRANSFER OF CLAIM** |
|---|
| ☒ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| **REQUEST FOR RELIEF** |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _Lawrence H. Kaplan_
Signature of Petitioner or Representative (State Title)

Lawrence H. Kaplan, Vice President & Secretary

Lord Abbett Bond-Debenture Fund, Inc.          11/17/10
Name of Petitioner                         Date Signed

Name & Mailing          Lord Abbett Bond-Debenture Fund, Inc.
Address of Individual    90 Hudson Street Jersey City, NJ 07302
Signing in Representative Attn: John K. Forst, Esq.
Capacity

x /s/ Jeff Prostok          11/17/10
Signature of Attorney          Date

Jeff Prostok
Name of Attorney Firm (If any)
Jeff Prostok                    John K. Cunningham
Forshey Prostok LLP              White & Case LLP
777 Main Street, Suite 1290      200 S. Biscayne Blvd., Suite 4900
Fort Worth, TX  76102            Miami, FL  33131

Address

Telephone No.  (817) 877-8855

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

x _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner          Date Signed
Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner<br>Lord Abbett Bond-Debenture Fund, Inc.<br>90 Hudson Street  Jersey City, NJ 07302<br>Attn: John K. Forst, Esq. | Nature of Claim<br>Beneficial interests in 9-1/8% Senior Notes | Amount of Claim<br>$20,000,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

**Annex A**

Bankruptcy Cases Concurrently Filed Against
Any Partner or Affiliate of the Debtor

Involuntary petitions under chapter 11 of title 11 of the United States Code are being filed in this Court against the following affiliated entities listed below:

Amsilco Holdings, Inc.

B.B.O. Holdings, Inc.

Binswanger Glass Company

Crisa Corporation

Super Sky International, Inc.

Super Sky Products, Inc.

Troper Services, Inc.

V-MX Holdings, LLC

Vitro America, LLC

Vitro Asset Corp.

Vitro Chemicals, Fibers & Mining, LLC

Vitro Packaging, LLC

VVP Auto Glass, Inc.

VVP Finance Corporation

VVP Holdings, LLC

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Knighthead Master Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

KNIGHTHEAD MASTER FUND, L.P.

By: Knighthead Capital Management, L.L.C., its Investment Manager

Name: Ara Cohen
Title:   Managing Member

**Rule 1003 Statement Regarding Claims of**
**Knighthead Master Fund, L.P.**

The undersigned hereby state that the claims totaling $42,047,250 held by Knighthead

Master Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on various dates in a range of consideration

from 44.00% to 50.13% as reflected in the attached documents. Such claims are based on the

Petitioning Creditor's holdings of $42,047,250 outstanding amount of Series of Notes Held:

$21,844,000 $9\frac{1}{8}$% Senior Notes due 2017 and $20,203,250 $8\frac{1}{8}$% due 2012. Such claims are

based upon principal only and are exclusive of interest, fees, costs and other charges. The

Petitioning Creditor acquired its claims on the open market for investment purposes and not for

the purpose of commencing a bankruptcy case against the Debtor.

Date: __November 17__, 2010

                    KNIGHTHEAD MASTER FUND, L.P.

                    By: Knighthead Capital Management, L.L.C., its
                    investment manager

                    By _____
                        Ara Cohen
                        Managing Member

MIAMI 891704 v1 (2K)

**Vitro 9 1/8 02/01/17**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 03/31/10 | 04/06/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 45.00 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 48.50 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 3,325.00 | 3,325,000.00 | 48.13 | BCAPUK |
| 01/20/10 | 01/25/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.13 | PRINCE |
| 01/19/10 | 01/22/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 50.00 | BCAPUK |
| 01/19/10 | 01/22/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | BCAPUK |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49.00 | JPCHUS |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/08/10 | 01/13/10 | KHMF | B | 950.00 | 950,000.00 | 45.25 | BCAPUK |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44.00 | BCAPUK |
| | | | | 21,844.00 | 21,844,000.00 | | |

**Vitro 8 5/8 02/01/12**

| Trade date | SettleDt | Account | B/S | Qty | Face value | Price | Purchased from |
|---|---|---|---|---|---|---|---|
| 07/14/10 | 07/19/10 | KHMF | B | 1,906.00 | 1,906,000.00 | 46.75 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.5 | JPCHUS |
| 03/05/10 | 03/10/10 | KHMF | B | 2,850.00 | 2,850,000.00 | 48.25 | BCAPUK |
| 03/05/10 | 03/10/10 | KHMF | B | 1,425.00 | 1,425,000.00 | 48.125 | BCAPUK |
| 03/02/10 | 03/05/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 46.25 | JPCHUS |
| 01/20/10 | 01/25/10 | KHMF | B | 1,268.25 | 1,268,250.00 | 50 | PRINCE |
| 01/13/10 | 01/19/10 | KHMF | B | 1,615.00 | 1,615,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | JPCHUS |
| 01/12/10 | 01/15/10 | KHMF | B | 950.00 | 950,000.00 | 49 | BCAPUK |
| 01/11/10 | 01/14/10 | KHMF | B | 1,900.00 | 1,900,000.00 | 47.25 | JPCHUS |
| 01/07/10 | 01/12/10 | KHMF | B | 220.00 | 220,000.00 | 44 | MITRUS |
| 01/07/10 | 01/12/10 | KHMF | B | 2,369.00 | 2,369,000.00 | 44 | BCAPUK |
| | | | | 20,203.25 | 20,203,250.00 | | |

**Goldman Sachs**

GLOBAL SECURITIES SERVICES

510

# Trade Date Activity

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 07,2010
RUN DATE: Jan 08,2010 12:51 AM

PAGE 4 OF 4
BASE CURRENCY: USD

## DETAIL

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER/ DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR • TRADE ACTIVITY** CONTINUED | | | | | | | | |
| 01/07/10 | 01/12/10 | ITRU S.A. DE C.V.8.625% 02/01/2012 USD SER B SR LIEN M+H-50.00BP 82851RAC1 BUY | 05 | 220,000.00 | 44.0000 | 0.00 | (96,800.00) | |
| 01/07/10 | 01/12/10 | VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+H-50.00BP 82851RAC1 BUY | 05 | 2,388,000.00 | 44.0000 | 0.00 | (1,042,360.00) | |
| **U S DOLLAR • NON-TRADE ACTIVITY** | | | | | | | | |

**U S DOLLAR CLOSING BALANCE •**

**UK POUND STERLING OPENING BALANCE**

**UK POUND STERLING • TRADE ACTIVITY**

**UK POUND STERLING CLOSING BALANCE •**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

PERIOD: Jan 09,2010
RUN DATE: Jan 09,2010 05:04 AM

PAGE 3 OF 4
BASE CURRENCY: USD

GOLDMAN SACHS

GLOBAL
SECURITIES
SERVICES

510

**Trade Date Activity**

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

NEW MEXICAN PESO OPENING BALANCE

NEW MEXICAN PESO  •  TRADE ACTIVITY

NEW MEXICAN PESO CLOSING BALANCE  •

U S DOLLAR OPENING BALANCE

U S DOLLAR  •  TRADE ACTIVITY

| VITRO S.A. DE C.V. 9.125% 02/01/20177 USD SER b SR LIEN M-H-650.00SP 928951RA09 | 01/08/10 | 01/13/10 | BUY | 06 | 950,000.00 | 452.5000 | 0.00 | (429,875.00) | ...... |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

# Trade Date Activity

PERIOD: Jan 11,2010
RUN DATE: Jan 12,2010 12:54 AM

PAGE 4 OF 5
BASE CURRENCY: USD

510

GLOBAL
SECURITIES
SERVICES


Goldman
Sachs

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is not to be used by or distributed to any jurisdiction where such distribution would be unlawful. The material contains information provided by you and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs is not responsible for such information. Any decisions to buy/sell securities are subject to change without notice. This material may contain confidential information.

## DETAIL

| TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST 0/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|

### JAPANESE YEN OPENING BALANCE

### JAPANESE YEN • NON-TRADE ACTIVITY

### NEW MEXICAN PESO CLOSING BALANCE •

### U S DOLLAR OPENING BALANCE

### U S DOLLAR • TRADE ACTIVITY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD | 01/07/10 | 01/12/10 | Sed b SELL EN 144A/90,000BP BUY | 08 | 2,960,000.00 | 44.0000 | 0.00 | (1,042,560.00) |

3288STRA09



**ADVISOR: KNIGHTHEAD CAPITAL MAN-AGEMENT LLC**

**FUND: KNIGHTHEAD MASTER FUND LP**

GLOBAL
SECURITIES
SERVICES

PERIOD: Jan 11,2010
RUN DATE: Jan 12,2010 12:54 AM

PAGE 4 OF 5
BASE CURRENCY: USD

510

# Trade Date Activity

This material is for your private information, and deviera there is no soliciting any order to buy based upon it. The material is provided to you to assist in your management of the attorney periods. The material contains information provided by you and other parties, including pricing services, which may not be complete, accurate or current and our Goldman Sachs has not independently verified the information...

## DETAIL • TRADE ACTIVITY

| ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER | REFERENCE # / DESCRIPTION |
|---|---|---|---|---|---|---|---|

### U S DOLLAR • TRADE ACTIVITY

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER | REFERENCE # / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+50.008P 928351RAC1 | 01/11/10 | 01/14/10 | BUY | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00) | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+W+50.008P 928351RAD9 | 01/11/10 | 01/14/10 | BUY | 05 | 1,900,000.00 | 47.2500 | 0.00 | (897,750.00) | | |

### U S DOLLAR • NON-TRADE ACTIVITY

### U S DOLLAR CLOSING BALANCE •

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

# Trade Date Activity

PERIOD: Jan 12,2010
RUN DATE: Jan 13,2010 01:27 AM

PAGE 3 OF 4
BASE CURRENCY: USD

**Goldman Sachs**

GLOBAL
SECURITIES
SERVICES

510

This material is for your own information, and Goldman Sachs is not making any written representation or guarantee as to your management of the reference portfolio. This material contains information provided by you to assist in your management of the reference portfolio. This material contains information provided for you and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has not independently verified the same. The material is produced for your convenience and is not intended to be relied upon by you or third parties. This material may not reflect transactions done on your behalf or changes to your positions, or errors or omissions of other material errors of Goldman Sachs. The material and the information contained herein are not and should not be construed as an offer or solicitation to buy or sell any securities, financial instruments, or any products or services of Goldman Sachs, or for any other purpose, or for the benefit of your broker. The settlement of your trades and other events of your accounts may be affected for any variety of reasons, and should not be relied upon. If you have questions regarding the nature of the material you should contact your representative.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+50.00SP 9285TRAC1 | 01/12/10 | 01/15/10 | BUY | 05 | | | | | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+50.00SP 9285TRAC1 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.0) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+W+50.00SP 9285TRAD9 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M+W+50.00SP 9285TRAD9 | 01/12/10 | 01/15/10 | BUY | 05 | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |
| U S DOLLAR CLOSING BALANCE • | | | | | 950,000.00 | 49.0000 | 0.00 | (465,500.00) | |

113,190,650.14

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC
FUND: KNIGHTHEAD MASTER FUND LP

# Trade Date Activity

PERIOD: Mar 05, 2010
RUN DATE: Mar 08, 2010 02:05 AM

PAGE 3 OF 4.
BASE CURRENCY: USD

This material is furnished for your information and convenience. Goldman Sachs by any means makes no representation of the accuracy, completeness, timeliness, or correctness of the information provided to you or others and it is provided to you to assist in your management of the relevant portfolio. This material should not be relied upon by you and shall preclude, including pricing services, which may not be complete, accurate or current and Goldman Sachs has no responsibility for the accuracy or completeness thereof. Values may be estimated may not reflect the values determined upon the actual liquidation, realization, or sale of any securities or other assets referenced herein. This material is not intended to be a complete description of any of the relevant matters referenced herein and should not be relied upon by you in making any decision. You should consult the official statement or prospectus for a complete description of the securities and any accompanying notices, including pricing services. Any discrepancy reported regarding the value of the material should be promptly verified with your Goldman Sachs contact person.

## DETAIL

NO ACTIVITY

## NEW MEXICAN PESO CLOSING BALANCE

## U S DOLLAR OPENING BALANCE

## U S DOLLAR • TRADE ACTIVITY

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST / COMMISSION | NET AMOUNT | ACCOUNT & BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+60.00BP 9285IRAC1 | 03/05/10 | 03/10/10 | BUY | 06 | 2,850,000.00 | 48.5000 | 0.00 | (1,382,250.00) | |
| VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+W+60.00BP 9285IRAC1 | 03/05/10 | 03/10/10 | BUY | 06 | 2,850,000.00 | 48.2500 | 0.00 | (1,375,125.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER B SR LIEN M+W+60.00BP 9285IRAD9 | 03/05/10 | 03/10/10 | BUY | 06 | 1,425,000.00 | 48.1250 | 0.00 | (685,781.25) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER B SR LIEN M+W+60.00BP 9285IRAD9 | 03/05/10 | 03/10/10 | BUY | 06 | 1,900,000.00 | 48.5000 | 0.00 | (921,500.00) | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER B SR LIEN M+W+60.00BP 9285IRAD9 | 03/05/10 | 03/10/10 | BUY | 06 | 3,325,000.00 | 48.1250 | 0.00 | (1,600,156.25) | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.





ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

# Trade Date Activity

Goldman
Sachs

PERIOD: Dec 13, 2010
RUN DATE: Jan 14, 2010 01:54 AM

PAGE 4 OF 4
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

510

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST DV COMMISSION | NET AMOUNT | ACCOUNT # BROKER / DESCRIPTION REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|
| **U S DOLLAR • TRADE ACTIVITY** | | | | | | | | | |
| CONTINUED | | | | | | | | | |
| VITRO S.A. DE C.V. 8.625% (02/01/2012 USD) SER B S3 LIEN M-HV30.00BP 928570AC1 | 01/13/10 | 01/19/10 | BUY | 08 | 1,615,000.00 | 49.0000 | 0.00 | (791,350.00) | |
| **U S DOLLAR • NON-TRADE ACTIVITY** | | | | | | | | | |

**U S DOLLAR CLOSING BALANCE** •

**UK POUND STERLING OPENING BALANCE** •

NO ACTIVITY

**UK POUND STERLING CLOSING BALANCE** •

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 0022253631, 0022554455, 0022337936, 0024416550, 0023923821, 0023944077

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MANAGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

**Trade Date Activity**

GLOBAL
SECURITIES
SERVICES

PERIOD: Jan 19, 2010
RUN DATE: Jan 20, 2010 12:14 AM

PAGE 3 OF 5
BASE CURRENCY: USD

510

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (0)/ COMMISSION | NET AMOUNT | ACCOUNT # BROKER/DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO CLOSING BALANCE** •

**U S DOLLAR OPENING BALANCE**

**TRADE ACTIVITY**

VITRO S.A. DE C.V. 9.125% /2012/2017 USD SER b SR UEN M+H+50.00BP
9286TRAD9          01/19/10   01/22/10   BUY       06        2,850,000.00    493.0000    0.00    (1,395,500.00)

VITRO S.A. DE C.V. 9.125% /2012/2017 USD SER b SR UEN M+H+50.00BP
9286TRAD9          01/19/10   01/22/10   BUY       06        1,900,000.00    500.0000    0.00    (950,000.00)

**U S DOLLAR** • **NON-TRADE ACTIVITY**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

# Trade Date Activity

PERIOD: Jan 20,2010
RUN DATE: Jan 21,2010 01:51 AM

PAGE 2 OF 3
BASE CURRENCY: USD

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is provided to you to assist in your management of the referring portfolio. This material contains information obtained by and from third parties, including trading services, which may or may not be complete, accurate or current and Goldman Sachs makes no representation, warranty or waranty as to the accuracy or completeness of third party information. The material may not be current and Goldman Sachs is under no obligation to update this material or advise you of changes to this material. The material may not reflect information known to other professionals in other business areas of Goldman Sachs, including those that may have or seek investment banking or other business relationships with companies mentioned herein, or their clients, or even though edition or other matters about companies and makes no representation as to the accuracy or completeness of third party information. The material may not reflect information known to other professionals, your communications or the product of Goldman Sachs or its affiliated herein and above material for their individual.

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (OR COMMISSION | NET AMOUNT | ACCOUNT # / BROKER / DESCRIPTION | REFERENCE # |
|---|---|---|---|---|---|---|---|---|---|---|

VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SER B SR LIEN M-H*+50.00BP
92851RAG1
　　　　　　　　　　01/20/10　01/25/10　BUY　　08　　1,288,250.00　50.0000　　　0.00　(634,125.00)

VITRO S.A. DE C.V. 9.125% 02/01/2017 USD SER b SR LIEN M-H*+50.00BP
92851RAD9
　　　　　　　　　　01/20/10　01/25/10　BUY　　08　　1,900,000.00　50.1250　　　0.00　(952,375.00)

U S DOLLAR CLOSING BALANCE　•

UK POUND STERLING OPENING BALANCE

NO ACTIVITY

UK POUND STERLING CLOSING BALANCE　•

KNIGHTHEAD MASTER FUND LP is comprised of account number(s) 002253631, 0022454456, 0023379956, 002416550, 023929821, 023944077

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.

GLOBAL
SECURITIES
SERVICES

510





ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

## Trade Date Activity

PERIOD: Mar 02, 2010
RUN DATE: Mar 03, 2010 12:21 AM

PAGE 3 OF 4
BASE CURRENCY: USD

510

This material is for your internal information, and Goldman Sachs is not soliciting any action based upon it. This material is intended to provide to you as aid to your management of the relevant portfolio. The material contains information provided by you and third parties, including pricing services, which may not be complete, accurate or current, and Goldman Sachs does not guarantee the accuracy, completeness or timeliness of such information. The material is not an offer or solicitation with respect to the purchase or sale of any security...

### DETAIL

| | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|

**NEW MEXICAN PESO OPENING BALANCE**

NO ACTIVITY •

**NEW MEXICAN PESO CLOSING BALANCE** •

**U S DOLLAR OPENING BALANCE**

**U S DOLLAR • TRADE ACTIVITY**

VITRO S.A. DE C.V. 8.625% 02/01/2012 USD SR3 B SR LIEN WH+50.00BP
92851PAC1   03/02/10   03/05/10   BUY   06   1,900,000.00   46.2500   0.00   (878,750.00)

**U S DOLLAR • NON-TRADE ACTIVITY**

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.





ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

**Trade Date Activity**

Goldman
Sachs

PERIOD: Mar 31,2010
RUN DATE: Apr 01,2010 12:57 AM

PAGE 3 OF 5
BASE CURRENCY: USD

GLOBAL
SECURITIES
SERVICES

510

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (I)/ COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| HONG KONG DOLLAR OPENING BALANCE | | | • | | | | | | |
| HONG KONG DOLLAR • NON-TRADE ACTIVITY | | | | | | | | | |
| HONG KONG DOLLAR CLOSING BALANCE | | | • | | | | | | |
| JAPANESE YEN OPENING BALANCE | | | • | | | | | | |
| JAPANESE YEN • NON-TRADE ACTIVITY | | | | | | | | | |
| JAPANESE YEN CLOSING BALANCE | | | • | | | | | | |
| NEW MEXICAN PESO OPENING BALANCE | | | • | | | | | | |
| NEW MEXICAN PESO • NON-TRADE ACTIVITY | | | | | | | | | |
| NEW MEXICAN PESO CLOSING BALANCE | | | • | | | | | | |
| US DOLLAR OPENING BALANCE | | | • | | | | | | |
| US DOLLAR • TRADE ACTIVITY | | | | | | | | | |
| VITRO S.A. DE C.V. 9.125% 02/01/2017 USD 35x10 SR1 USN M+H+60.00SP 92851RAC9 | 03/01/10 | 04/06/10 | BUY | 06 | 2,650,000.00 | 45.0000 | 0.00 | (1,282,500.00) | |

This material is not an official Goldman Sachs statement. If there is any discrepancy between this material and your official statement, the official statement should be relied upon.



ADVISOR: KNIGHTHEAD CAPITAL MAN-
AGEMENT LLC

FUND: KNIGHTHEAD MASTER FUND LP

## Trade Date Activity

PERIOD: Jul 14, 2010
RUN DATE: Jul 15, 2010 10:28 AM

PAGE 3 OF 4
BASE CURRENCY: USD

This material is for your private information, and Goldman Sachs is not soliciting any action based upon it. This material is produced by you in order in your assessment of the relevant portfolio. The material contains information provided by one and third parties, including pricing services, which may not be complete, accurate or current and Goldman Sachs has no obligation to update any of it.

5/0

GLOBAL
SECURITIES
SERVICES

| DETAIL | TRADE DATE | SETTLE DATE | ACTIVITY | ACCOUNT TYPE | TRADE QUANTITY | TRADE PRICE | INTEREST (V) / COMMISSION | NET AMOUNT | ACCOUNT # • REFERENCE # BROKER / DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| **NEW MEXICAN PESO OPENING BALANCE** | | | | | | | | | |
| NO ACTIVITY | | | | | | | | | |
| **NEW MEXICAN PESO CLOSING BALANCE** | | | • | | | | | | |
| **US DOLLAR OPENING BALANCE** | | | | | | | | | |
| **US DOLLAR • TRADE ACTIVITY** | | | | | | | | | |
| WI.HO.S.A. Utd C.V. 8.625% 02/01/2012 USD SER B SR LIEN M+H+50.00BP 826SH94C1 | 07/14/10 | 07/19/10 | BUY | 08 | 1,906,000.00 | 46.7500 | 0.00 | (891,055.00) | |
| **US DOLLAR CLOSING BALANCE** | | | • | | | | | | |
| **UK POUND STERLING OPENING BALANCE** | | | | | | | | | |

This material is not an official Goldman Sachs statement; if there is any discrepancy between this material and your official statement, the official statement should be relied upon.

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Brookville Horizons Fund, L.P. (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

BROOKVILLE HORIZONS FUND, L.P.

By: Brookville Horizons Fund GP, LLC

Name: T. A. McKinney
Title:   Authorized Signatory

### Rule 1003 Statement Regarding Claims of
### Brookville Horizons Fund, L.P.

The undersigned hereby state that the claims totaling $2,000,000 held by Brookville

Horizons Fund, L.P. (the "Petitioning Creditor") against the company named in the attached

involuntary petition (the "Debtor") were acquired on July 29, 2010 for the approximate

consideration of $1,015,000 as reflected in the attached documents.  Such claims are based on

the Petitioning Creditor's holdings of $9\frac{1}{8}$ % Senior Notes due 2017.  Such claims are based upon

principal only and are exclusive of interest, fees, costs and other charges.  The Petitioning

Creditor acquired its claims on the open market for investment purposes and not for the purpose

of commencing a bankruptcy case against the Debtor.

Date:   November 17, 2010

Brookville Horizons Fund, L.P.

By _____

Name  _T.A. McKinney_

Title  _Authorized Signatory_

```
From: EILEEN MCLOUGHLIN, JPMORGAN SECURITIES [mailto:em012103@bloomberg.net]
Sent: Thursday, July 29, 2010 4:50 PM
To: #DerivOps
Subject: ID : 92851RAD9 *Trade Ticket* As of Date: 7/29/2010

ID : 92851RAD9     *Trade Ticket* As of Date: 7/29/2010
TRDR/SLS   : CHRISTOPHER BOEGE        Settlement : 8/3/2010
SELLS      : 2M (M)                     ISSUER:VITRO SAB DE CV
Security   : VITROA 9 ⅛ 02/01/17
   Price   : 50.75          Yield:22.789252   Yield to: 2/1/2017   at 100.00


Notes :JPM SELL - BROOKVILLE A/C GS - THANKS

                                         {92851RAD9     CORP DES
 <GO>}
Principal          USD      1,015,000.00
Accrued       (  0 days)            0.00
Transaction Costs                   0.00
Total              USD      1,015,000.00

** THIS TICKET GENERATED BY BLOOMBERG TOMS / POMS SYSTEM **
   To learn more about the BLOOMBERG Professional® service,
   http://www.bloomberg.com
```

## CORPORATE OWNERSHIP STATEMENT

Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") incorporate the disclosure required under Bankruptcy Rule 7007.1, which provides that any corporation that is party to an adversary proceeding shall file a statement that identifies any corporation that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or otherwise states that there are no entities to report. Davidson Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") hereby submits that it is a limited partnership, and therefore is not subject to the disclosure requirements contained in Bankruptcy Rule 7007.1.

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief.

Date: November 17, 2010

DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND, LP

By: DK Group, LLC, its General Partner

Name: Anthony A. Yoseloff
Title: Managing Member

**Rule 1003 Statement Regarding Claims of**
**Davidson Kempner Distressed Opportunities Fund LP**

The undersigned hereby states that the claims totaling $11,637,000.00 held by Davidson

Kempner Distressed Opportunities Fund LP (the "Petitioning Creditor") against the company

named in the attached involuntary petition (the "Debtor") were acquired on various dates from

June 23, 2010 to August 11, 2010 for the approximate consideration of $5,474,913.75 as

reflected in the attached documents.  Such claims are based on the Petitioning Creditor's

holdings of $9^1/_8$% Senior Notes due 2017, $11^3/_4$% Senior Notes due 2013, and $8^5/_8$% Senior Notes

due 2012.  Such claims are based upon principal only and are exclusive of interest, fees, costs

and other charges.  The Petitioning Creditor acquired its claims on the open market for

investment purposes and not for the purpose of commencing a bankruptcy case against the

Debtor.

Date:   November 17, 2010

DAVIDSON KEMPNER DISTRESSED
OPPORTUNITIES FUND, LP

By: DK Group, LLC, its General Partner

Name:  Anthony A. Yoseloff
Title:   Managing Member

MIAMI 887777 v1 (2K)

REPORT NO BCD039-B
REPT DATE 09/28/10

J.P. MORGAN CHASE BANK, N.A.
NET EQUITY REPORT

AS OF 09/28/10    PAGE 273

DAVIDSON KEMPNER DISTRESSED

113-60246-17

| SEDOL | CUSIP | QUANTITY | DESCRIPTION | PRICE PER SHARE/BOND | MARKET VALUE | ACCRUED COUPON/INTEREST DIVIDEND | NET VALUE |
|---|---|---|---|---|---|---|---|
| B1GJHP1 | 92851FA05 | 908,000.00000 | ***VITRO S A DE C V SR NT 11.7500 11/01/2013 | 49.2500 | 447,190.00 | 43,861.44 | 491,051.44 |
| | 92851RAC1 | 227,000.00000 | ***VITRO S A B DE C V SR NT 8.6250 02/01/2012 | 49.2500 | 111,797.50 | 6,471.86 | 118,269.36 |
| | 92851RA09 | 2,983,000.00000 | ***VITRO S A B DE C V SR NT | 49.2500 | 1,469,127.50 | 43,854.24 | 1,512,981.74 |

## Daily Margin Position Summary Report
### As of 09/28/2010

Account Name: **DK DIS OPP FUND**
Account Number: **102-31886-USD-24**
Family Code: **URD-X**

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Sold | Closing Position | Closing Price | Market Value | Cum Profit / Loss | Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| REG T | | | $325,542 MAINTENANCE | $325,542 | | NET MV | | 325,542 NET PL | 11,660 | 1,652 |
| 588VXW7 ***VITRO S A B DE C V SR NT 02/01/17 9.1250 | | 928510A09 | (C) 6,858,000L | | | 6,858,000L | 49 1/4 | 3,377,565 | 150,881 | 17,145 |

© 2010 J.P. Morgan Clearing Corp. All rights reserved. This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. Only confirmations and statements constitute the legal and official record of your account and its activity.

Report ID: BSC565-A   Run Date/Time: 09/28/10 00:48:03

## Daily Margin Position Summary Report
### As of 09/28/2010

**Account Name:** DK DIS OPP FUND
**Account Number:** 102-31886-USD-24
**Family Code:** URD-X

| Sec No / Sec Des | SYMBOL | CUSIP / ISIN | Previous Position | Quantity Bought | Sold | Closing Position | Closing Price | Market Value | Cum | Profit / Loss Daily |
|---|---|---|---|---|---|---|---|---|---|---|
| 5921042 | | 92851FAD5 (C) | 661,000L | | | 661,000L | 49 1/4 | 325,542 | 11,660 | 1,652 |
| ***TITRNO S A DE C V SR NT | | | | | • | | | | | |
| 11/01/13 11.7500 | | | | | | | | | | |
| --- SETT. DATE POS --- | | | 661,000L | | | | | | | |

© 2010  J.P. Morgan Clearing Corp.  All rights reserved.  This information is provided without warranties of any kind, either express or implied, including any implied warranties of accuracy, completeness, fitness for a particular purpose, or non-infringement. Only confirmations and statements constitute the legal and official record of your account and its activity.

Report ID: BSC565-A   Run Date/Time: 09/28/10  00:49:03

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) and Rule 1010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which incorporate the disclosure required under Rule 7007.1 of the Bankruptcy Rules, Lord Abbett Bond Debenture Fund (the "Petitioning Creditor") hereby states that the following corporations directly or indirectly own 10% or more of any class of the Petitioning Creditor's equity interests as of the date hereof:

Edward Jones & Co. (on behalf of various beneficial owners)

MLPF&S For the Sole Benefit of Its Customers

In accordance with 28 U.S.C. § 1746, I, the undersigned authorized officer of the Petitioning Creditor, hereby declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Date: __NOVEMBER 17__, 2010

LORD ABBETT BOND-DEBENTURE FUND, INC.

By _Lawrence H Kaplan_
Name: Lawrence H. Kaplan
Title:  Vice President & Secretary

**Rule 1003 Statement Regarding Claims of**
**Lord Abbett Bond-Debenture Fund, Inc.**

The undersigned hereby state that the claims totaling $20,000,000.00 held by Lord

Abbett Bond Debenture Fund (the "Petitioning Creditor") against the company named in the

attached involuntary petition (the "Debtor") were acquired on various dates from January 25,

2007 to November 6, 2007 for the approximate consideration of $20,294,881.25 as reflected in

the attached documents. Such claims are based on the Petitioning Creditor's holdings of $9_{1/8}$%

Senior Notes due 2017. Such claims are based upon principal only and are exclusive of interest,

fees, costs and other charges. The Petitioning Creditor acquired its claims on the open market for

investment purposes and not for the purpose of commencing a bankruptcy case against the

Debtor.

Date: NOVEMBER 17 , 2010

LORD ABBETT BOND-DEBENTURE FUND, INC.

By _Lawrence H. Kaplan_
Name: Lawrence H. Kaplan
Title: Vice President & Secretary

MIAMI 886907 v1 (2K)

## TRANSACTION ADVICE

TRANS NO.: 4283193
VENDOR TRANS NO.: 10846020070518

DATE:     09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER: Lehman Brothers

Security ID:       92851RAB3          TRADE DATE:   05/18/2007
                                      SETTLEMENT DATE:      05/23/2007


SECURITY DESCRIPTION                  PURCHASE

Vitro S.A.                            UNITS:                    1,400,000.00
144A NCV 9.125% 02/01/2017            PRICE:                     105.375000
9 1/8 Due 2/1/2017 FA1                PRINCIPAL                1,475,250.00
Dated Code:   Normal                  ACCRUED INTEREST:           39,744.44
Dated Date:    02/01/2007             COMMISSION:                      0.00
                                      FEES                             0.00

                                      CASH: USD                 1,514,994.44

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:     09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4271635
VENDOR TRANS NO.: 10393320070514

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: Lehman Brothers

Security ID:        92851RAB3              TRADE DATE:   05/14/2007
                                           SETTLEMENT DATE:      05/17/2007

SECURITY DESCRIPTION                       PURCHASE

Vitro S.A.                                 UNITS:                 1,600,000.00
144A NCV 9.125% 02/01/2017                 PRICE:                   104.550000
9 1/8 Due 2/1/2017 FA1                     PRINCIPAL:             1,672,800.00
Dated Code:   Normal                       ACCRUED INTEREST:         42,988.89
Dated Date:    02/01/2007                  COMMISSION:                    0.00
                                           FEES                           0.00

                                           CASH: USD              1,715,788.89

BK ACCT CURR:
FUNC. FX RATE:  USD/USD   1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____        _____

Authorized Signature                   Authorized Signature


Date:      09/23/2010

## TRANSACTION ADVICE

TRANS NO.: 4226333
VENDOR TRANS NO.: 9207620070425

DATE: 09/23/2010

To: State Street Bank
1200 Crown Colony Drive
Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT: Lord Abbett Bond Debenture Fund, Inc.
Account No.: FDB1
BROKER/DEALER: Barclay Investments

Security ID: 92851RAB3

TRADE DATE: 04/25/2007
SETTLEMENT DATE: 04/30/2007

SECURITY DESCRIPTION

Vitro S.A.
144A NCV 9.125% 02/01/2017
9 1/8 Due 2/1/2017 FA1
Dated Code: Normal
Dated Date: 02/01/2007

PURCHASE

| | |
|---|---:|
| UNITS: | 925,000.00 |
| PRICE: | 105.000000 |
| PRINCIPAL | 971,250.00 |
| ACCRUED INTEREST: | 20,867.10 |
| COMMISSION: | 0.00 |
| FEES | 0.00 |
| CASH: USD | 992,117.10 |

BK ACCT CURR:
FUNC. FX RATE: USD/USD 1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____        _____
Authorized Signature                   Authorized Signature

Date: 09/23/2010

## TRANSACTION ADVICE

TRANS NO.: 4225704
VENDOR TRANS NO.: 9179720070424

DATE: 09/23/2010

To: State Street Bank
1200 Crown Colony Drive
Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT: Lord Abbett Bond Debenture Fund, Inc.
Account No.: FDB1
BROKER/DEALER: Credit Suisse Algo

Security ID: 92851RAB3

TRADE DATE: 04/24/2007
SETTLEMENT DATE: 04/27/2007

SECURITY DESCRIPTION

PURCHASE

Vitro S.A.
144A NCV 9.125% 02/01/2017
9 1/8 Due 2/1/2017 FA1
Dated Code: Normal
Dated Date: 02/01/2007

| | |
|---|---|
| UNITS: | 900,000.00 |
| PRICE: | 104.750000 |
| PRINCIPAL | 942,750.00 |
| ACCRUED INTEREST: | 19,618.75 |
| COMMISSION: | 0.00 |
| FEES | 0.00 |
| CASH: USD | 962,368.75 |

BK ACCT CURR:
FUNC. FX RATE: USD/USD 1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____          _____

Authorized Signature             Authorized Signature

Date: 09/23/2010

## TRANSACTION ADVICE

TRANS NO.: 4205928
VENDOR TRANS NO.: 8872620070417

DATE:    09/23/2010

To:   State Street Bank
      1200 Crown Colony Drive
      Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:     FDB1
BROKER/DEALER: Morgan Stanley

Security ID:        92851RAB3          TRADE DATE:  04/17/2007
                                       SETTLEMENT DATE:     04/20/2007


SECURITY DESCRIPTION                   PURCHASE

Vitro S.A.                             UNITS:                      1,375,000.00
144A NCV 9.125% 02/01/2017             PRICE:                       103.750000
9 1/8 Due 2/1/2017 FA1                 PRINCIPAL:                 1,426,562.50
Dated Code:   Normal                   ACCRUED INTEREST:             27,533.42
Dated Date:    02/01/2007              COMMISSION:                        0.00
                                       FEES                               0.00

                                       CASH: USD                  1,454,095.92

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____      _____

Authorized Signature                   Authorized Signature


Date:     09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4163926
VENDOR TRANS NO.: 7623420070330

DATE: 09/23/2010

To: State Street Bank
1200 Crown Colony Drive
Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT: Lord Abbett Bond Debenture Fund, Inc.
Account No.: FDB1
BROKER/DEALER: Morgan Stanley

Security ID: 92851RAB3

TRADE DATE: 03/30/2007
SETTLEMENT DATE: 04/04/2007

SECURITY DESCRIPTION

PURCHASE

Vitro S.A.
144A NCV 9.125% 02/01/2017
9 1/8 Due 2/1/2017 FA1
Dated Code: Normal
Dated Date: 02/01/2007

| | |
|---|---:|
| UNITS: | 1,475,000.00 |
| PRICE: | 102.625000 |
| PRINCIPAL | 1,513,718.75 |
| ACCRUED INTEREST: | 23,553.91 |
| COMMISSION: | 0.00 |
| FEES | 0.00 |
| CASH: USD | 1,537,272.66 |

BK ACCT CURR:
FUNC. FX RATE: USD/USD   1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____        _____
Authorized Signature                   Authorized Signature

Date:   09/23/2010

TRANSACTION ADVICE

TRANS NO.: 4159314
VENDOR TRANS NO.: 7475020070328

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER: Credit Suisse Algo

Security ID:        92851RAB3              TRADE DATE:    03/28/2007
                                           SETTLEMENT DATE:    04/02/2007

SECURITY DESCRIPTION                       PURCHASE

Vitro S.A.                                 UNITS:                  1,500,000.00
144A NCV 9.125% 02/01/2017                 PRICE:                   102.500000
9 1/8 Due 2/1/2017 FA1                     PRINCIPAL:             1,537,500.00
Dated Code:    Normal                      ACCRUED INTEREST:         23,192.71
Dated Date:    02/01/2007                  COMMISSION:                    0.00
                                           FEES                           0.00

                                           CASH: USD              1,560,692.71

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____          _____
Authorized Signature                     Authorized Signature

Date:    09/23/2010

## TRANSACTION ADVICE

TRANS NO.: 4156184
VENDOR TRANS NO.: 7414220070326

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:              Lord Abbett Bond Debenture Fund, Inc.
Account No.:    FDB1
BROKER/DEALER: UBS Securities Inc.

Security ID:         92851RAB3            TRADE DATE:   03/26/2007
                                          SETTLEMENT DATE:      03/29/2007

SECURITY DESCRIPTION                      PURCHASE

Vitro S.A.                                UNITS:                          2,000,000.00
144A NCV 9.125% 02/01/2017                PRICE:                           102.625000
9 1/8 Due 2/1/2017 FA1                    PRINCIPAL                       2,052,500.00
Dated Code:   Normal                      ACCRUED INTEREST:                  29,402.78
Dated Date:   02/01/2007                  COMMISSION:                             0.00
                                          FEES                                    0.00

                                          CASH: USD                       2,081,902.78

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____        _____

Authorized Signature                   Authorized Signature

Date:      09/23/2010

TRANSACTION ADVICE

TRANS NO.:  4003261
VENDOR TRANS NO.: 3568520070125

DATE:    09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:        FDB1
BROKER/DEALER:  Morgan Stanley

Security ID:           92851RAB3              TRADE DATE:   01/25/2007
                                              SETTLEMENT DATE:      02/01/2007

SECURITY DESCRIPTION                          PURCHASE

Vitro S.A.                                    UNITS:                  6,325,000.00
144A NCV 9.125% 02/01/2017                    PRICE:                    98.400000
9 1/8 Due 2/1/2017 FA1                        PRINCIPAL               6,223,800.00
Dated Code:   Normal                          ACCRUED INTEREST:               0.00
Dated Date:    02/01/2007                     COMMISSION:                     0.00
                                              FEES                            0.00

                                              CASH: USD               6,223,800.00

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____        _____
Authorized Signature                   Authorized Signature

Date:       09/23/2010

TRANSACTION ADVICE

TRANS NO.:  4648563
VENDOR TRANS NO.: 21508320071106

DATE:    09/23/2010

To:   State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169


Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:               Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER:  Barclay Investments

Security ID:        92851RAD9             TRADE DATE:   11/06/2007
                                          SETTLEMENT DATE:     11/09/2007


SECURITY DESCRIPTION              PURCHASE

Vitro S.A.                        UNITS:                        1,500,000.00
NCV 9.125% 02/01/2017             PRICE:                          98.750000
9 1/8 Due 2/1/2017 FA1            PRINCIPAL                     1,481,250.00
Dated Code:   Normal              ACCRUED INTEREST:                37,260.42
Dated Date:     08/01/2007        COMMISSION:                           0.00
                                  FEES                                  0.00

                                  CASH: USD                     1,518,510.42

BK ACCT CURR:
FUNC. FX RATE: USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:


_____          _____

Authorized Signature                     Authorized Signature


Date:       09/23/2010

## TRANSACTION ADVICE

TRANS NO.:  4633458
VENDOR TRANS NO.:  21197120071031

DATE:     09/23/2010

To:    State Street Bank
       1200 Crown Colony Drive
       Quincy, MA 02169

Attn: State Street Bank

In accordance with the terms of our existing custody agreement, you are
authorized to settle the transaction set forth below:

ACCOUNT:                    Lord Abbett Bond Debenture Fund, Inc.
Account No.:      FDB1
BROKER/DEALER:  Barclay Investments

Security ID:          92851RAD9                TRADE DATE:   10/31/2007
                                               SETTLEMENT DATE:      11/05/2007

SECURITY DESCRIPTION                           PURCHASE

Vitro S.A.                                     UNITS:                    1,000,000.00
NCV 9.125% 02/01/2017                          PRICE:                      99.750000
9 1/8 Due 2/1/2017 FA1                         PRINCIPAL                  997,500.00
Dated Code:   Normal                           ACCRUED INTEREST:           23,826.39
Dated Date:    08/01/2007                      COMMISSION:                      0.00
                                               FEES                             0.00

                                               CASH: USD                 1,021,326.39

BK ACCT CURR:
FUNC. FX RATE:  USD/USD    1.00000000
SETTLEMENT METHOD: US - DTC
MANAGER: Chris Towle

SPECIAL INSTRUCTIONS:

_____        _____

Authorized Signature                   Authorized Signature

Date:      09/23/2010