Louis R. Strubeck, Jr. (SBT 19425600)
William R. Greendyke (SBT 08390450)
Ryan E. Manns (SBT 24041391)
Gregory M. Wilkes (SBT 24047105)
Camisha L. Simmons (SBT 24056328)
Elizabeth N. Boydston (SBT 24053684)
**Fulbright & Jaworski L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 855-8000
Fax: (214) 855-8200

**ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>VITRO ASSET CORP., et al.,<br><br>Alleged Debtors. | § § § § § § § | Case No. 11-32600-hdh-11<br><br>Jointly Administered |
| In re: Vitro America, LLC<br>In re: Super Sky Products, Inc.<br>In re: Super Sky International, Inc.<br>In re: VVP Finance Corporation<br>Debtors.[1] | § § § § § § § § § § § | Chapter 11<br>Case No. 11-32602-hdh-11<br>Case No. 11-32604-hdh-11<br>Case No. 11-32605-hdh-11<br>Case No. 11-32611-hdh-11<br>(Jointly Administered Under Case No. 11-32600-hdh-11) |
| In re:<br><br>VVP Funding Corporation,<br><br>Debtor. | § § § § § | Chapter 11<br>Case No. 11-33161-bjh-11 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the following will be heard on **Friday, May 13, 2011 at 2:30 p.m.** before the Honorable Judge Harlin D. Hale, Earl Cabell Federal Building, United

---

[1] The Debtors are: Vitro America, LLC (Case No. 11-32602), Super Sky Products, Inc. (Case No. 11-32604), Super Sky International, Inc. (Case No. 11-32605), and VVP Finance Corporation (Case No. 11-32611).

95066194.2                                    - 1 -

States Courthouse, 1100 Commerce Street – 14th Floor, Courtroom No. 1, Dallas, Texas:

- Debtors' Emergency Motion for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Cases for Procedural Purposes Only [*Docket No. 530 in Case No. 11-32600; Docket No. 2 in Case No. 11-33161*]

Dated: May 10, 2011

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

*/s/ William R. Greendyke*
Louis R. Strubeck, Jr.
State Bar No. (19425600)
William R. Greendyke
State Bar No. (08390450)
Ryan E. Manns
State Bar No. (24041391)
Gregory M. Wilkes
State Bar No. (24047105)
Camisha L. Simmons
State Bar No. (24056328)
Elizabeth N. Boydston
State Bar No. (24053684)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2011, the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of the attached document by electronic means.

*/s/ Camisha L. Simmons*
Camisha L. Simmons