UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Mukki, LLC fka Vitro America, LLC | § | 11-32602-hdh-7 |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a _X_ creditor __ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited:

| | | |
|---|---|---|
| 1. | Name of Claimant(s) | Dilks & Knopik, LLC as assignee to New World West, Inc. |
| 2. | Name and Title of Authorizing Officer or Representative | Brian J Dilks - President |
| 3. | Current Mailing Address | 35308 SE Center St, Snoqualmie, WA 98065 |
| 4. | Telephone Number | 425-836-5728 |
| 5. | SS# *(last 4 digits only)* or EIN # | 74-3049851 |
| 6. | Amount Being Claimed | $14,074.95 |

I, Brian J Dilks, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date: December 16, 2019        Claimant Signature:

Subscribed and Sworn to Before Me this 16th day of December, 2019

Notary Public

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

In and for the State of WASHINGTON

My commission expires February 19, 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Mukki, LLC fka Vitro America, LLC | § | 11-32602-hdh-7 |
| | § | |
| Debtor (s) | § | Bankruptcy Case No. |
| | § | |

## CLAIMANT HISTORY

The original disbursement was not presented for payment within 90 days after issuance because:

Dividends were not collected by the creditor, New World West, Inc. New World West, Inc. has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 12/16/2019 (docket number #949).

Claimant certifies under penalty of perjury that all statements made by Claimant in this application and any attachments required for this Application are, to the best of its knowledge, true and correct. Accordingly, Claimant request the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

December 16, 2019
DATE

Brian J. Dilks, President
Dilks & Knopik, LLC
As assignee to New World West, Inc.
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728
brian.dilks@dilksknopik.com

Subscribed and Sworn to Before Me this 16th day of December, 2019

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: §
 §
Mukki, LLC fka Vitro America, LLC § 11-32602-hdh-7
 §
Debtor (s) § Bankruptcy Case No.
 §
 §

### CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

US Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: <u>December 16, 2019</u>

Brian J. Dilks
Dilks & Knopik, LLC

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Brian J. Dilks, Managing Member and President of Dilks & Knopik, LLC hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Dated:     December 16, 2019

Brian J. Dilks, Managing Member -
President
35308 SE Center Street
Snoqualmie, WA 98065
(425) 836-5728

On December 16, 2019 before me, Brian J. Dilks, personally appeared, personally known to me to be the person whos name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

Matthew Zettley, Notary Public
My commission expires: February 19, 2022
Notary in and for the State of Washington





Dilks | & | Knopik

*When Success Matters*

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com



Dilks | & | Knopik

*When Success Matters*

**Caryn Knopik**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 102
Fx. 877-209-8249
caryn.knopik@dilksknopik.com

www.dilksknopik.com





## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this _____ day of

_____June_____, 20 18

Brian J Dilks

Date: _____6/1/18_____

Caryn M Dilks f/k/a Caryn M Knopik

Date: _____6/1/18_____



## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that <u>Caryn M Dilks f/k/a Caryn M Knopik</u>, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this __1__ day of __June__ , 20_18_ .

_____
Brian J Dilks

Date: __6/1/18__

_____
Caryn M Dilks f/k/a Caryn M Knopik

Date: __6/1/18__



**Office of the Secretary of State**
Corporations & Charities Division

<table>
<tr><td>Filed<br>Secretary of State<br>State of Washington<br>Date Filed: 05/10/2019<br>Effective Date: 05/10/2019<br>UBI #: 602 211 447</td></tr>
</table>

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2020**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2019051000246334 - 1
Received Date: 05/10/2019
Amount Received: $60.00







## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this __10__ day of _____May_____, 20_19_

_____
Brian J Dilks - Member

Date: ____5/10/19____

_____
Caryn M Dilks f/k/a Caryn M Knopik - Member

Date: ____5/10/19____

# Dilks & Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of December 11, 2019 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and New World West, Inc. with an address of 6900 E Hidden Oaks Ln, Orange CA 92867 (the "Assignor").

1. Assignor is/was a creditor in Mukki, LLC fka Vitro America, LLC (11-32602-hdh-7) as filed in the Northern District of Texas (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of $14,074.95 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $10,556.21 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved.

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____        Assignee: _____
New World West, Inc.                                          Dilks & Knopik, LLC
Ronald Green – President                                    Jeffrey Hudspeth – Authorized Signatory

On this 13ᵗʰ day of December, 2019. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2022

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022

# Dilks & Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, New World West, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Mukki, LLC fka Vitro America, LLC
Court: United States Bankruptcy Court - Northern District of Texas
Case Number: 11-32602-hdh-7
Chapter: 7
Claim: KCC1365
Original Creditor: New World West, Inc.
Purchase Price: $10,556.21

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, December 11, 2019.

New World West, Inc.

Ronald Green - President

11-081946



**State of California**

**Secretary of State**

S

56

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

MAY 1 3 2011

1. CORPORATE NAME

*NEW WORLD WEST, INC.*
*600 S. KRAEMER BL.*
*BREA, CA. 92821* *C2540420*

This Space for Filing Use Only

**Due Date:**

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 16.**

If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | CA | |
| 5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | | | | |
| 7. SECRETARY | | | | |
| 8. CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 9. NAME | | | | |
| 10. NAME | | | | |
| 11. NAME | | | | |

12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | | CA | |

**Type of Business**

15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| *5/9/11* | *RON GREEN* | *PRES* | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 N/C (REV 10/2010)

APPROVED BY SECRETARY OF STATE

*Title* ℓ **Address Proof**