



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 21, 2022

United States Bankruptcy Judge

___

BTXN 163 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Mukki LLC

Debtor(s)

Case No.: 11−32602−hdh7  
Chapter No.: 7

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS

At Dallas , Texas, in said District, came on to be considered the Application For Payment Of Unclaimed Funds by:

| | |
|---|---|
| NAME: | Dilks & Knopik, LLC as assignee to Echols Glass & Mirror |
| MAILING ADDRESS: | 35308 SE Center St.<br>Snoqualmie, WA 98065 |

Claimant, for payment of unclaimed funds in the amount of $5,647.39.

It appearing to the Court that the said claimant is entitled to receive payment in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and

that notice of the Application was given to the United States Attorney, and

that no objection to the Application has been filed, it is

ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 11-32602-hdh |
| Mukki LLC | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmecf@dilksknopik.com | Jan 21 2022 21:29:00 | Dilks & Knopik, LLC, Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Aldine Independent School District |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 23, 2022 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annie E. Catmull | on behalf of Creditor Oldcastle BuildingEnvelope aec@sandersmcgarvey.com bb@sandersmcgarvey.com;acatmull@ecf.courtdrive.com;rpp@sandersmcgarvey.com |
| Bradley Roland Foxman | on behalf of Attorney Vinson & Elkins LLP bfoxman@velaw.com |
| Bradley Roland Foxman | on behalf of Trustee Scott M. Seidel bfoxman@velaw.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 7 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1 |

Bradley Roland Foxman
on behalf of Interested Party Scott M. Seidel bfoxman@velaw.com

Brian J. Smith
on behalf of Creditor Bank of America N.A. brian.smith@hklaw.com, robert.jones@hklaw.com;brent.mcilwain@hklaw.com

Brian Jacob Dilks
cmecf@dilksknopik.com dilksknopik@ecf.courtdrive.com

Brian P. Sanford
on behalf of Creditor Flores Technical Services Inc. bsanford@sanfordfirm.com

Camisha Lashun Simmons
on behalf of Debtor Tayo Inc. camisha@simmonslegal.solutions

Camisha Lashun Simmons
on behalf of Debtor Mukki LLC camisha@simmonslegal.solutions

Camisha Lashun Simmons
on behalf of Debtor BarleySammy Inc. camisha@simmonslegal.solutions

Camisha Lashun Simmons
on behalf of Debtor VVP Funding Corporation camisha@simmonslegal.solutions

Camisha Lashun Simmons
on behalf of Debtor VVP Finance Corporation camisha@simmonslegal.solutions

Camisha Lashun Simmons
on behalf of Debtor VVP Holdings LLC camisha@simmonslegal.solutions

Cassandra Ann Shoemaker
on behalf of Creditor Vitro Vidrio y Cristal S.A. de C.V. cassandra.shoemaker@tklaw.com dannette.johnson@tklaw.com

Cassandra Ann Shoemaker
on behalf of Creditor Vitro Automotriz S.A. de C.V. cassandra.shoemaker@tklaw.com dannette.johnson@tklaw.com

Cassandra Ann Shoemaker
on behalf of Creditor Vitro Packaging LLC cassandra.shoemaker@tklaw.com, dannette.johnson@tklaw.com

Cassandra Ann Shoemaker
on behalf of Creditor Vidriera Monterrey S.A. de C.V. cassandra.shoemaker@tklaw.com dannette.johnson@tklaw.com

Cassandra R. Burton
on behalf of Creditor Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov efile@pbgc.gov

City of Denton
kforson@dentonlawyer.com

David Bennett
on behalf of Creditor Vitro S.A.B de C.V. david.bennett@hklaw.com, gracie.gonzales@hklaw.com;Chris.Bailey@hklaw.com;hope.daniels@hklaw.com

David C. Alford
on behalf of Creditor Central National Bank Waco, TX alford@pakislaw.com

David C. Alford
on behalf of Creditor Bernard Rapoport alford@pakislaw.com

Dustin Lowe Banks
on behalf of Creditor Carrollton-Farmers Branch ISD dbanks@pbfcm.com rgleason@pbfcm.com;dbanks@ecf.inforuptcy.com

Eboney D. Cobb
on behalf of Creditor Valwood Improvment Authority ecobb@pbfcm.com ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Elizabeth Weller
on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Memphis TN Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Weller
on behalf of Creditor Grayson County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Elizabeth Nicolle Boydston
on behalf of Debtor VVP Holdings LLC lboydston@polsinelli.com, dandreacchi@polsinelli.com

Garrick Chase Smith
on behalf of Attorney Vinson & Elkins LLP gsmith@velaw.com

Garrick Chase Smith

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 7 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Scott M. Seidel gsmith@velaw.com |
| George Harold Lerew | on behalf of Creditor WICHITA FALLS CITY ISD & WICHITA CO hbky@pbfcm.com, hlerew@ecf.inforuptcy.com |
| Gina D. Shearer | on behalf of Creditor International Fidelity Insurance Company gina.shearer@clarkhillstrasburger.com teresa.barrera@clarkhillstrasburger.com;emory.allen@clarkhillstrasburger.com |
| Gregory Alan Whittmore | on behalf of Creditor Teamsters Local No. 455 kearsage@msn.com |
| J. Christopher Shore | on behalf of Petitioning Creditor Davidson Kempner Distressed Opportunities Fund LP cshore@whitecase.com |
| J. Christopher Shore | on behalf of Creditor Knighthead Master Fund L.P. cshore@whitecase.com |
| J. Christopher Shore | on behalf of Petitioning Creditor Brookville Horizons Fund L.P cshore@whitecase.com |
| J. Christopher Shore | on behalf of Petitioning Creditor Lord Abbett Bond-Debenture Fund Inc. cshore@whitecase.com |
| J. Christopher Shore | on behalf of Petitioning Creditor Knighthead Master Fund L.P. cshore@whitecase.com |
| J. Christopher Shore | on behalf of Creditor Davidson Kempner Distressed Opportunities Fund LP cshore@whitecase.com |
| J. Christopher Shore | on behalf of Creditor Lord Abbett Bond-Debenture Fund Inc. cshore@whitecase.com |
| J. Christopher Shore | on behalf of Creditor Brookville Horizons Fund L.P cshore@whitecase.com |
| Jeff P. Prostok | on behalf of Petitioning Creditor Knighthead Master Fund L.P. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Petitioning Creditor Davidson Kempner Distressed Opportunities Fund LP jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Petitioning Creditor Lord Abbett Bond-Debenture Fund Inc. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Knighthead Master Fund L.P. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Lord Abbett Bond-Debenture Fund Inc. jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Ad Hoc Group of Vitro Noteholders jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Petitioning Creditor Brookville Horizons Fund L.P jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Davidson Kempner Distressed Opportunities Fund LP jprostok@forsheyprostok.com jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Wilmington Trust National Association jprostok@forsheyprostok.com, jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| Jeff P. Prostok | on behalf of Creditor Brookville Horizons Fund L.P jprostok@forsheyprostok.com, |

District/off: 0539-3 | User: admin | Page 4 of 7
Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1

|  |  |
|---|---|
|  | jjones@forsheyprostok.com;tlevario@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com |
| John K. Cunningham | on behalf of Creditor Knighthead Master Fund L.P. jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Petitioning Creditor Davidson Kempner Distressed Opportunities Fund LP jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Petitioning Creditor Brookville Horizons Fund L.P jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Creditor Lord Abbett Bond-Debenture Fund Inc. jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Creditor Davidson Kempner Distressed Opportunities Fund LP jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Petitioning Creditor Lord Abbett Bond-Debenture Fund Inc. jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Petitioning Creditor Knighthead Master Fund L.P. jcunningham@whitecase.com |
| John K. Cunningham | on behalf of Creditor Brookville Horizons Fund L.P jcunningham@whitecase.com |
| Josephine Garrett | on behalf of Creditor International Painters & Allied Trades Industry Pension Fund filing@jgarrettlaw.com |
| Karl Burrer | on behalf of Creditor Grayco Lui Museum Investment 2006 LP burrerk@gtlaw.com, jamrokg@gtlaw.com |
| Karl Burrer | on behalf of Creditor Grayco Builders LLC burrerk@gtlaw.com, jamrokg@gtlaw.com |
| Larry Alan Levick | on behalf of Creditor James and Terry Grapevine levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Laurie A. Spindler | on behalf of Creditor Grayson County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor City of Memphis TN Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com |
| Lisa Laura Lambert | on behalf of U.S. Trustee United States Trustee lisa.l.lambert@usdoj.gov |
| Louis R. Strubeck, Jr. | on behalf of Debtor Tayo Inc. louis.strubeck@nortonrosefulbright.com lou-strubeck-6142@ecf.pacerpro.com |
| Louis R. Strubeck, Jr. | on behalf of Alleged Debtor VVP Holdings LLC louis.strubeck@nortonrosefulbright.com, lou-strubeck-6142@ecf.pacerpro.com |
| Louis R. Strubeck, Jr. | on behalf of Debtor Mukki LLC louis.strubeck@nortonrosefulbright.com lou-strubeck-6142@ecf.pacerpro.com |
| Louis R. Strubeck, Jr. | on behalf of Debtor VVP Finance Corporation louis.strubeck@nortonrosefulbright.com lou-strubeck-6142@ecf.pacerpro.com |
| Louis R. Strubeck, Jr. | on behalf of Debtor BarleySammy Inc. louis.strubeck@nortonrosefulbright.com lou-strubeck-6142@ecf.pacerpro.com |
| Lynda L. Lankford | on behalf of Petitioning Creditor Knighthead Master Fund L.P. llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Creditor Lord Abbett Bond-Debenture Fund Inc. llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Petitioning Creditor Davidson Kempner Distressed Opportunities Fund LP llankford@forsheyprostok.com jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Creditor Knighthead Master Fund L.P. llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |

District/off: 0539-3 | User: admin | Page 5 of 7
Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| Lynda L. Lankford | on behalf of Petitioning Creditor Lord Abbett Bond-Debenture Fund  Inc. llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Creditor Davidson Kempner Distressed Opportunities Fund LP llankford@forsheyprostok.com jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Petitioning Creditor Brookville Horizons Fund  L.P llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Lynda L. Lankford | on behalf of Creditor Brookville Horizons Fund  L.P llankford@forsheyprostok.com, jjones@forsheyprostok.com;calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;llankford@ecf.courtdrive.com |
| Mark A. Burroughs | on behalf of Creditor City of Denton cdefee@dentonlawyer.com |
| Mark A. Burroughs | on behalf of Creditor Denton Independent School District cdefee@dentonlawyer.com |
| Matthew Gold | on behalf of Creditor Argo Partners courts@argopartners.net |
| Michael Burns | on behalf of Creditor Santa Rosa County Federal Credit Union burnslaw@outlook.com |
| Michael Benton Willey | on behalf of Creditor Tennessee Department of Revenue agbanktexas@ag.tn.gov  michael.willey@ag.tn.gov |
| Michael Edward Collins | on behalf of Creditor International Fidelity Insurance Company mcollins@manierherod.com  rmiller@manierherod.com |
| Michael R. Bell | on behalf of Creditor State of Michigan  Department of Treasury bellM1@michigan.gov |
| Michael Scott Held | on behalf of Creditor Jackson Walker LLP mheld@jw.com  lcrumble@jw.com |
| Michelle E. Shriro | on behalf of Creditor RR & C Development Company mshriro@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Rebecca Lynn Petereit | on behalf of Trustee Scott M. Seidel rpetereit@velaw.com  dtucker@velaw.com;gsmith@velaw.com |
| Richard S. Kebrdle | on behalf of Petitioning Creditor Lord Abbett Bond-Debenture Fund  Inc. rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Petitioning Creditor Davidson Kempner Distressed Opportunities Fund LP rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Creditor Davidson Kempner Distressed Opportunities Fund LP rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Petitioning Creditor Knighthead Master Fund  L.P. rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Creditor Brookville Horizons Fund  L.P rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Creditor Knighthead Master Fund  L.P. rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Creditor Lord Abbett Bond-Debenture Fund  Inc. rkebrdle@whitecase.com |
| Richard S. Kebrdle | on behalf of Petitioning Creditor Brookville Horizons Fund  L.P rkebrdle@whitecase.com |
| Ryan E. Manns | on behalf of Debtor BarleySammy Inc. ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Debtor VVP Holdings  LLC ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Creditor Vitro Entities ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Creditor Vitro Packaging  LLC ryan.manns@nortonrosefulbright.com |

District/off: 0539-3 | User: admin | Page 6 of 7
Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| Ryan E. Manns | on behalf of Creditor American Assets Holding Limited ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Debtor VVP Funding Corporation ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Debtor VVP Finance Corporation ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Debtor Tayo Inc. ryan.manns@nortonrosefulbright.com |
| Ryan E. Manns | on behalf of Debtor Mukki LLC ryan.manns@nortonrosefulbright.com |
| Sarah A. Schultz | on behalf of Spec. Counsel Akin Gump Strauss Hauer & Feld LLP sschultz@akingump.com mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com |
| Sarah A. Schultz | on behalf of Creditor Committee Official Committee of Unsecured Creditors sschultz@akingump.com mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com |
| Sarah A. Schultz | on behalf of Trustee Scott M. Seidel sschultz@akingump.com mstamer@akingump.com;afreeman@akingump.com;dkazlow@akingump.com;aqureshi@akingump.com;dkrasa-berstell@akingump.com;bkemp@akingump.com;brenda-kemp-7410@ecf.pacerpro.com |
| Scott M. Seidel | on behalf of Accountant Sheldon Levy CPA scott.seidel@earthlink.net, susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Trustee Scott M. Seidel scott.seidel@earthlink.net susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | scott.seidel@earthlink.net susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Scott M. Seidel | on behalf of Spec. Counsel Seidel Law Firm scott.seidel@earthlink.net susan.seidel@earthlink.net;sms01@trustesolutions.net |
| Stephen Wilcox | on behalf of Creditor Calvary Motors Inc. kraudry@wilcoxlaw.net, swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Stephen Andrew Melendi | on behalf of Attorney Stephen A. Melendi-Tollefson Bradley Mitchell & Melendi LLP stephenm@tbmmlaw.com, doraO@tbmmlaw.com;claudiav@tbmmlaw.com;chrisg@tbmmlaw.com |
| Stephen Gerald Murphy | on behalf of Creditor Massachusetts Department of Revenue Bankruptcy Unit, murphys@dor.state.ma.us |
| Thomas R. Fawkes | on behalf of Creditor PGW Auto Glass LLC tfawkes@freeborn.com, brittany.falkner@tuckerellis.com |
| Timothy Andrew York | on behalf of Creditor Besana-Lovati Inc. tyork@qslwm.com, nchancellor@qslwm.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Vickie L. Driver | on behalf of Interested Party Gregory Eller Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Vickie L. Driver | on behalf of Interested Party Lura Aleya Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| Vickie L. Driver | on behalf of Interested Party Karen Merritt Vickie.Driver@crowedunlevy.com elisa.weaver@crowedunlevy.com;ecf@crowedunlevy.com |
| William R Greendyke | on behalf of Debtor BarleySammy Inc. william.greendyke@nortonrosefulbright.com |
| William R Greendyke | on behalf of Creditor American Assets Holding Limited william.greendyke@nortonrosefulbright.com |
| William R Greendyke | on behalf of Debtor Tayo Inc. william.greendyke@nortonrosefulbright.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Jan 21, 2022 | Form ID: pdf012 | Total Noticed: 1 |

William R Greendyke
       on behalf of Debtor Mukki LLC william.greendyke@nortonrosefulbright.com

William R Greendyke
       on behalf of Debtor VVP Finance Corporation william.greendyke@nortonrosefulbright.com

William R Greendyke
       on behalf of Debtor VVP Funding Corporation william.greendyke@nortonrosefulbright.com

William R Greendyke
       on behalf of Alleged Debtor VVP Holdings  LLC william.greendyke@nortonrosefulbright.com

TOTAL: 131