

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 7, 2022

_____
**United States Bankruptcy Judge**

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Mukki LLC § Case No.:  11−32602−hdh7
 § Chapter No.:  7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that APL, Inc. aka American Property Locators, Inc. as assignee of Mygrant Glass Co. filed an Application for Payment of Unclaimed Funds on 12/20/2021 in the amount of $18,089.83.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: Supporting documentation is missing: 1) Statement of signing agent's (Bishop) authority to act on behalf of Mygrant Glass Co., and 2) Photocopy of representative's (Bishop) identification credentials (photo ID and business card).

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #