BTXN 127 (rev. 1/14)

**FILED**

APR 27 2022

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  Mukki LLC

Debtor(s)

Case No.: 11-32602-hdh7

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | E. I. du Pont de Nemours and Company |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Joe Wilson, APAY Improvements Projects Leader |
| 3. | Current Mailing Address | 974 Centre Road Wilmington, DE 19805 |
| 4. | Telephone Number | 302.485.3615 |
| 5. | SS# *(last 4 digits only)* or EIN # | 51-0014090 |
| 6. | Amount Being Claimed | $62,575.45 |

I, Joe Wilson _____, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 4/20/2022    _____    _____
                    Claimant Signature              Co-Claimant Signature

Subscribed and Sworn to Before Me this 20th day of April, 2022.

_____
Notary Public
In and for the State of Delaware
My commission expires 6-12-2022

[Notary Seal: JULIANN A. BARRY, MY COMMISSION EXPIRES JUNE 12, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 4/20/22

Claimant's Signature

Instructions for filing the Application for Payment of Unclaimed Funds

**The court will only disburse unclaimed funds to the rightful owner upon full proof of the right thereto. Therefore, the following forms and documentation are required:**

1. **An Application for Payment of Unclaimed Funds**, include the case name and number.
   a. If the funds were deposited for joint claimants, both claimants must sign the application.
   b. The applicant must have legal standing to make the claim. When the owner of record is not the claimant, the signer or claimant requesting release of funds must show proper authority.
2. **Notice of Service to the US Attorney.** (US Attorney's mailing address is on the form)
3. **Required supporting documentation:**

   1. A legible copy of a document with former address on it establishing proof of the address of record at the time of the bankruptcy case (a copy of proof of claim, correspondence from the court, tax forms, telephone or water bill, etc.).

   2. A photocopy of an official government identification card (i.e. Passport, Military ID, or valid and current driver's license) for each claimant.

   3. Form AO213 Vendor Information/TIN Certification.

The following **additional** documentation is required:

<u>If the claimant(s) is represented by an attorney or a funds locator:</u>

1. Proof of identity of the owner of record.
2. An original notarized Power of Attorney signed by the claimant on whose behalf the representative is acting.
3. Proof of identity of the representative; and
4. Documentation sufficient to establish the claimant's entitlement to the funds. (See above)

<u>If claiming on behalf of a deceased party:</u>

1. Copy of the death certificate.
2. Certified copies of probate documents establishing the representative's right to act on behalf of o the decedent's estate
3. Proof of personal identity of the estate administrator.

<u>If the Claimant is a Corporation/Partnership:</u>

1. Application must be signed by an agent for and on behalf of the Corporation/Partnership.
2. A statement of the signing agent's authority.
3. Documentation establishing chain of ownership of the original corporate claimant.
4. A photocopy of representative's identification credentials

<u>Purchased or assigned claims:</u>

1. Documentation evidencing the transfer of claim or proof of the purchase/sale of assets.

Mail the **original** application to the following address:

U.S. Bankruptcy Court
1100 Commerce St., Room 1254
Dallas, TX 75242

Applications received which do not comply with the above requirements may be denied by the court.

Claims could take up to 90 days to complete.

***Privacy note:*** Because documents filed with the court are available through the Internet, the court is committed to the protection of personal identification information. The individual applicant's driver's license number should be blacked out for privacy considerations. Also, all but the last four digits of the Social Security number should be blacked out for the same privacy reasons. **Responsibility.** The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The bankruptcy clerk is not responsible for ensuring compliance.



Corteva Agriscience
Chestnut Run Plaza,
974 Centre Road, P.O. Box
2915, Wilmington, DE 19805

### EXHIBIT F - AUTHORIZATION LETTER

I, Robert Tuinstra, Jr., Assistant Treasurer of E. I. du Pont de Nemours and Company, Inc. d/b/a Corteva Agriscience ("EID") being first duly sworn, state as follows:

That Joseph Wilson, APAY Improvements Projects Leader is hereby authorized by and on behalf of E. I. du Pont de Nemours and Company d/b/a Corteva Agriscience (hereinafter referred to as "EID") to claim and receive all unclaimed property funds of any kind, inclusive of Federal, State, or local jurisdiction related payments, currently being held in EID's name.

IN WITNESS, WHEREOF, I have hereto set my hand this 14th day of September, 2021.

_____
Robert Tuinstra, Jr., Assistant Treasurer

_____
Notary Public

City/County of New Castle
State of Delaware

The foregoing instrument was acknowledged before me this 14th day of September, 2021.

My commission expires: June 12, 2022

[Notary Seal: JULIANN A. BARRY, MY COMMISSION EXPIRES JUNE 12, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

corteva.com  @corteva

Form **851** (Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Affiliations Schedule

For tax year ending 12/31/2020

► File with each consolidated income tax return.
► Information about Form 851 and its instructions is at www.irs.gov/form851.

OMB No. 1545-0123

**Name of common parent corporation**
Corteva, Inc

**Employer identification number**
82-4979096

**Number, street, and room or suite no. If a P.O. box, see instructions.**
PO Box 2920

**City or town, state, and ZIP code**
Wilmington, DE     19805

### Part I — Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
|  | Common parent corporation |  |  |  |
|  | Subsidiary corporations: |  |  |  |
| 38 | Corteva China, LLC<br>PO Box 2920<br>Wilmington, DE 19805 | 82-4317771 |  |  |
| 39 | Pioneer Hi-Bred R.S.A. (Pty) Ltd.<br>PO Box 2920<br>Wilmington, DE 19805 | 42-1455390 |  |  |
| 40 | E. I. du Pont de Nemours and Company<br>PO Box 2920<br>Wilmington, DE 19805 | 51-0014090 |  |  |
| 41 | DDP AgroSciences US DCOMCO, Inc.<br>PO Box 2920<br>Wilmington, DE 19805 | 82-1053449 |  |  |
| 42 | Corteva International Holding Corporation<br>PO Box 2920<br>Wilmington, DE 19805 | 85-3579371 |  |  |
| 43 | DuPont Operations Worldwide, Inc<br>PO Box 2920<br>Wilmington, DE 19805 | 52-2010314 |  |  |

Totals (Must equal amounts shown on the consolidated tax return.) ►

### Part II — Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
|  | Common parent corporation |  |  |  |  |  |  |  |
|  | Subsidiary corporations: |  |  |  |  |  |  |  |
| 38 | Inactive | Inactive |  | X | 100 | 100.00 % | 100.00 % | 40 |
| 39 | Oilseed & Grain Farm | 111100 |  | X | 17,400 | 100.00 % | 100.00 % | 6 |
| 40 | Other Chemical Pro & Mfg | 325900 |  | X | 2,373,200 | 100.00 % | 100.00 % | 1 |
| 41 | OTHER HOLDING COMPANY | 551112 |  | X | 100 | 100.00 % | 100.00 % | 4 |
| 42 | OTHER HOLDING COMPANY | 551112 |  | X | NONE | 100.00 % | 100.00 % | 44 |
| 43 | Holding Company | 551112 |  | X | 1,000 | 100.00 % | 100.00 % | 40 |

For Paperwork Reduction Act Notice, see instructions.

JSA 0C2010 1.000

00031D   R37G   09/15/2021   07:55:45   V20-6.6F   82-4979096

Form **851** (Rev. 10-2016)
14



