

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 31, 2022

_____
United States Bankruptcy Judge
_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Mukki LLC § Case No.: 11−32602−hdh7
 § Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that E.I. du Pont de Nemours and Company filed an Application for Payment of Unclaimed Funds on 04/27/2022 in the amount of $62,575.45.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☑ Other: 1) Proof of creditor's prior address at time of bankruptcy filing not provided.
2) Funds are held in C/O Joanne McDonough.
3) Statement of signing agent's authority (Exhibit F – Authorization Letter) is not current and does not contain original wet ink signatures for Treasurer and notary.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #